BARRY B. KEMPSON, ATTORNEY-IN-FACT FOR MARY A. BLOOMER, PETITIONER-APPELLEE v. NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES, RESPONDENT-APPELLANT

No. 570PA90

(Filed 2 May 1991)

**Appeal and Error § 551 (NCI4th) — evenly divided Court — decision affirmed without precedential value**

Where one member of the Supreme Court did not participate in the consideration or decision of a case and the

KEMPSON v. N.C. DEPT. OF HUMAN RESOURCES

[328 N.C. 722 (1991)]

remaining six justices are equally divided, the decision of the Court of Appeals is left undisturbed and stands without precedential value.

**Am Jur 2d, Appeal and Error § 902.**

ON discretionary review of a unanimous decision of the Court of Appeals, 100 N.C. App. 482, 397 S.E.2d 314 (1990), affirming order entered by *Lewis, J.,* at the 6 November 1989 Session of Superior Court, BUNCOMBE County. Heard in the Supreme Court 10 April 1991.

*Van Winkle, Buck, Wall, Starnes and Davis, P.A., by R. Walton Davis, III, for petitioner-appellee.*

*Lacy H. Thornburg, Attorney General, by Jane T. Friedensen, Assistant Attorney General, for respondent-appellant.*

*Central Carolina Legal Services, Inc., by Stanley B. Sprague, and N.C. Legal Services Resource Center, Inc., by Pam Silberman, amici curiae.*

PER CURIAM.

Justice Martin recused and took no part in the consideration or decision of this case. The remaining members of the Court are equally divided, with three members voting to affirm, and three members voting to reverse the decision of the Court of Appeals. Accordingly, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See, e.g., Bruce v. Memorial Mission Hospital,* 325 N.C. 541, 385 S.E.2d 144 (1989); *Hochheiser v. N.C. Dept. of Transportation,* 321 N.C. 117, 361 S.E.2d 562 (1987); *Shields v. Bobby Murray Chevrolet,* 300 N.C. 366, 266 S.E.2d 658 (1980); *State v. Johnson,* 286 N.C. 331, 210 S.E.2d 260 (1974).

Affirmed.